**JASON K. SINGLETON, CSB#166170**
**RICHARD E. GRABOWSKI, CSB#236207**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, JOHN HOPKINS**




**Dated: March 21, 2006**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN HOPKINS,**<br>**Plaintiff(s),**<br>**v.**<br><br>**UMAKANT B. MISTRY, SUMAN U. MISTRY, dba PINECONE MOTEL, and DOES ONE to FIFTY, inclusive,**<br>**Defendant(s).** | **CASE NUMBER**<br><br>**C-06-0882 VRW**<br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety.
- ☐ The Counterclaim brought by Claimant (s) ______________________ is dismissed by Claimant (s) in its entirety.
- ☐ The Cross-Claim brought by Claimant (s) ______________________ is Dismissed by the Claimant (s) in its entirety.
- ☐ The Third-party Claim brought by Claimant (s) __________________ is Dismissed by the Claimant (s) in its entirety.
- ☐ ONLY Defendant (s)__________________________________________ is (are) dismissed from
  (Circle one) Complaint, Counterclaim, Cross-claim, Third Party Claim
  brought by ________________________________________________.

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED: March 9, 2006

Jason K. Singleton

Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, c=US, o=LAW OFFICE OF JASON K. SINGLETON
Reason: I am the author of this document
Date: 2006.03.09 10:39:46 -08'00'

Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.